UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PROTECTIVE SPECIALTY INSURANCE
COMPANY,

                  Plaintiff,

-against-

CASTLE TITLE INSURANCE AGENCY, INC.,
                  Defendant.
-----------------------------------------------------------X

17 CIVIL 8965 (CS)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 3, 2020, Defendant's motion for summary judgment is GRANTED and Plaintiff's cross-motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
       February 5, 2020

                                                   **RUBY J. KRAJICK**
                                                       **Clerk of Court**

                                  BY:

                                                         **Deputy Clerk**